NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-382

HERMAN DEJEAN, ET UX

VERSUS

M & K GIBSON CONSTRUCTION, INC., ET AL

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 98-1182
HONORABLE HERMAN C. CLAUSE, JUDGE

**********

SYLVIA R. COOKS
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders and Jimmie C. Peters, Judges.

AFFIRMED.

Kaliste J. Saloom, III
Saloom & Saloom
P.O. Drawer 2999
Lafayette, LA 70502-2999
(318) 234-0111
COUNSEL FOR APPELLANT:
        Saloom & Saloom

Miles A. Matt
819 St. John Street
P.O. Box 4405
Lafayette, LA 70502-4405
(337) 232-5350
COUNSEL FOR INTERVENORS/APPELLEES:
        Miles A. Matt and J. Minos Simon, Ltd.